IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ZANE RAY BABSTON, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )  CASE NO. 2:10-cv-079-MEF |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| | ) |
|    Defendant. | ) |

## **O R D E R**

On January 26, 2011, the Magistrate Judge filed a Recommendation (Doc. #16) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The ALJ's decision is supported by substantial evidence and property application of the relevant law and, therefore, the decision of the Commissioner is AFFIRMED.

DONE this the 16th day of February, 2011.

                                            /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE